☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,            :

    - v. -                              :   NOTICE OF INTENT TO
                                             FILE AN INFORMATION

IVY WOOLF-TURK                       :   07 Maj. 1235

        Defendant.                   :

- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          November 20, 2007

                            MICHAEL J. GARCIA
                            United States Attorney

               By:  _____
                    Harry A. Chernoff
                    Assistant United States Attorney

             AGREED AND CONSENTED TO:

               By:  _____
                    Sheryl E. Reich, Esq.
                    Attorney for IVY WOOLF-TURK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07