UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

                - v. -                :

IVY WOOLF-TURK,                       :

                Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 6 2007

**INFORMATION**

07 Cr.

07 CRIM 1062

## COUNT ONE
(Conspiracy to Commit Mail Fraud and Wire Fraud)

The United States Attorney charges:

1.     From in or about September 2003, through at least in or about July 2007, in the Southern District of New York and elsewhere, IVY WOOLF-TURK, the defendant, and others known and unknown, unlawfully, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Sections 1341 and 1343 of Title 18, United States Code.

2.     It was a part and an object of the conspiracy that IVY WOOLF-TURK, the defendant, and her co-conspirators, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing such scheme and artifice, and attempting so to do, would and did place in a post office and authorized depository

for mail matter, a matter and thing to be sent and delivered by the Postal Service and would and did deposit and cause to be deposited a matter and thing to be sent and delivered by private and commercial interstate carriers, and would and did take and receive therefrom, such matter and thing, and would and did knowingly cause to be delivered by mail and such carriers according to the directions thereon, such matters and things, in violation of Title 18, United States Code, Section 1341.

3.    It was a further a part and an object of the conspiracy that IVY WOOLF-TURK, the defendant, and her co-conspirators, unlawfully, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

<u>Overt Acts</u>

4.    In furtherance of said conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

- 2 -

a.    On or about August 2, 2004, IVY WOOLF-TURK, the defendant, and a co-conspirator not named as a defendant herein ("CC-1"), caused a package of materials, including purported mortgage documents pertaining to a building at 531 W. 179th Street in Manhattan, to be sent from Manhattan to an individual in Connecticut.

b.    On or about January 11, 2007, WOOLF-TURK sent an e-mail message from Manhattan to an individual in Florida in which WOOLF-TURK represented, among other things, that "our mortgages with your group are in first position" and that she had sent to the Investor Victim "copies of our recordations for your files."

(Title 18, United States Code, Section 371.)


_____
MICHAEL J. GARCIA
United States Attorney

- 3 -

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**IVY WOOLF-TURK,**

**Defendant.**

**INFORMATION**

07 Cr.            (NRB)

(Title 18, United States Code,
Section 371.)

<u>MICHAEL J. GARCIA</u>
United States Attorney.

0293