*Judge Buchwald*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,            :

      - v. -                       :      **WAIVER OF INDICTMENT**

IVY WOOLF-TURK,                      :      07 Cr.      (NRB)

           Defendant.
- - - - - - - - - - - - - - - - x

**07 CRIM 1062**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 26 2007
```

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                            _____
                                            Defendant

                                            _____
                                            Witness

                                            _____
                                            Counsel for Defendant

Date:  New York, New York
       November 26, 2007

0202