

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 23, 2008

JAN 2 4 2008

BY FACSIMILE
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Ivy Woolf-Turk</u>
           07 Cr. 1062 (NRB)

Dear Judge Buchwald:

      The Government writes to request respectfully, with the consent of the defendant, an adjournment of the conference in the above-referenced matter, which is currently scheduled for January 24, 2008, until February 21, 2008, at 4:00 p.m. The request for the adjournment arises from the parties' desire to continue discussions in the hope of reaching a disposition of the matter by the next conference. The Government further requests that the time until the adjourned conference be excluded for Speedy Trial Act purposes, with the consent of the defendant, to permit the parties time to consider the terms of the disposition of this matter and in the interest of justice.

      So Ordered.
      /s/ Naomi Reice Buchwald
      1/24/08

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney

By: /s/ Harry A. Chernoff
    Harry A. Chernoff
    Assistant U.S. Attorney
    (212) 637-2481

cc: Faith A. Friedman, Esq. (by facsimile)