



U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 20, 2008

**BY FACSIMILE**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  **United States v. Ivy Woolf-Turk**
           07 Cr. 1062 (NRB)

Dear Judge Buchwald:

    The Government writes to request respectfully, with the consent of the defendant, an adjournment of the conference in the above-referenced matter, which is currently scheduled for February 21, 2008, until March 13, 2008, at 4:30 p.m. The request for the adjournment arises from the parties' desire to continue discussions, which continue in earnest, in the hope of reaching a disposition of the matter by the next conference. The Government further requests that the time until the adjourned conference be excluded for Speedy Trial Act purposes, with the consent of the defendant, to permit the parties time to consider the terms of the disposition of this matter and in the interest of justice.

*Application granted. So Ordered. Naomi Reice Buchwald USDJ 2/20/08*

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                            United States Attorney

          By: _____
              Harry A. Chernoff
              Assistant U.S. Attorney
              (212) 637-2481

cc: Faith A. Friedman, Esq. (by facsimile)