## LAW OFFICES OF
## GERALD B. LEFCOURT, P.C.
A PROFESSIONAL CORPORATION
148 EAST 78TH STREET
NEW YORK, NEW YORK 10075

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

TELEPHONE
(212) 737-0400
FACSIMILE
(212) 988-6192



SHERYL E. REICH
reich@lefcourtlaw.com
RENATO C. STABILE
stabile@lefcourtlaw.com
FAITH A. FRIEDMAN
ffriedman@lefcourtlaw.com

February 27, 2008



VIA FACSIMILE

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

*United States v. Ivy Woolf Turk, 07 Cr 1062 (NRB)*

Dear Judge Buchwald:

We write as counsel to Ivy Woolf Turk, defendant in the above matter, to amend the letter sent February 26, 2008, asking that the Court confirm one of the conditions of pre-trial release. There is no disagreement between the parties and we apologize for the succession of letters.

As detailed in the prior letter, we sought to confirm the procedure for Ms. Woolf Turk's frequent travel. We requested that the Court confirm that Ms. Woolf Turk's travel could be on made notice to pre-trial services and the prosecutor and that between trips, the pre-trial services officer would retain the passport. We are now advised by the pre-trial services officer that holding the passport is procedurally difficult and dispensable. The parties would request therefore that the following be So Ordered:

> Ms. Woolf Turk shall be permitted to travel domestically (to wit, outside New York, New Jersey, Connecticut and Massachusetts) and internationally without the permission of the Court, so long as (1) She provides at least five days' notice to the government and pre trial services in advance of each trip; and (2) She telephones

So Ordered.
*/s/ Naomi Reice Buchwald*
Buchwald, USDJ
3/3/08

LAW OFFICES OF
GERALD B. LEFCOURT, P.C.

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
February 27, 2008
Page 2

pre-trial services within 24 hours of returning from each trip.

Thank you for your attention to this matter.

Respectfully submitted,

Sheryl E. Reich

cc: Harry Chernoff, Esq., Assistant United States Attorney (by e-mail)
    Dennis Khilkevich (by e-mail)