

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 13, 2008



BY FACSIMILE
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: **United States v. Ivy Woolf-Turk**
            07 Cr. 1062 (NRB)

Dear Judge Buchwald:

        The Government writes to request respectfully, with the consent of the defendant, an adjournment of the conference in the above-referenced matter, which is currently scheduled for March 13, 2008, for approximately 30 days. While the parties have worked diligently since the last adjournment to reach a disposition, further developments in the case now require additional investigation by both sides to reach appropriate terms of a disposition. The Government further requests that the time until the adjourned conference be excluded for Speedy Trial Act purposes, with the consent of the defendant, to permit the parties time to consider the terms of the disposition of this matter and in the interest of justice.

*The conference is adjourned until April 15, 2008 at 4:30 p.m. So Ordered.*

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

        By: _____
              Harry A. Chernoff
              Assistant U.S. Attorney
              (212) 637-2481

cc: Faith A. Friedman, Esq. (by facsimile)

Returned to chambers for scanning on 3/20/08 AF
Scanned by chambers on 3/24/08

TOTAL P.02