

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/08

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 13, 2008

APR 1 4 2008

BY FACSIMILE
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Ivy Woolf-Turk**
    07 Cr. 1062 (NRB)

Dear Judge Buchwald:

The Government writes to request respectfully, with the consent of the defendant, an adjournment of the conference in the above-referenced matter, which is currently scheduled for April 15, 2008, for approximately 30 days. While the parties have worked diligently since the last adjournment to reach a disposition, resolution of the case has become more complicated than initially expected. As a result, the Government has begun to produce discovery in anticipation that this will bring the case to a resolution. If not, the Government will request that a motion schedule be set at the next conference. The Government further requests that the time until the adjourned conference be excluded for Speedy Trial Act purposes, with the consent of the defendant, to permit the parties time to consider the terms of the disposition of this matter and in the interest of justice.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
    Harry A. Chernoff
    Assistant U.S. Attorney
    (212) 637-2481

cc: Faith A. Friedman, Esq. (by facsimile)

*[Handwritten endorsement:]* The conference is adjourned until May 13, 2008 at 4:30. So Ordered. [signature] 4/14/08