UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                                    07 Cr. 1062 (NRB)

                            - vs -

IVY WOOLF TURK,

                                        Defendant.

-----------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Faith A. Friedman hereby appears as counsel of record for

defendant IVY WOOLF TURK.  The Firm has previously appeared in this matter.  This Notice

is being filed solely for the purpose of adding the name of the undersigned to the electronic case

file in this matter.

June 17, 2008

                        Yours, etc.

                        GERALD B. LEFCOURT, P.C.

                        by: _____
                            Faith A. Friedman (FAF 6066)

                        148 East 78th Street
                        New York, N.Y. 10075
                        (212) 737-0400
                        (212) 988-6192
                        ffriedman@lefcourtlaw.com
                        *Attorneys for Ivy Woolf Turk*