USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/08

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

# MEMO ENDORSED

July 18, 2008

BY FACSIMILE
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Ivy Woolf-Turk</u>
          07 Cr. 1062 (NRB)

Dear Judge Buchwald:

      The Government writes to request respectfully, with the consent of the defendant, an adjournment of the conference in the above-referenced matter, which is currently scheduled for July 21, 2008, until August 14, 2008, or a date thereafter. The reason for the adjournment request is that the defendant wishes additional time to consider a pending plea offer and due to counsel scheduling conflicts with the scheduled date and other commitments in the interim period.

      The Government further requests that the time until the adjourned conference be excluded for Speedy Trial Act purposes, with the consent of the defendant, to permit the parties time to consider the terms of the disposition of this matter and in the interest of justice.

*[Handwritten endorsement: at 3:30 // So Ordered / Naomi Reice Buchwald / USDJ / 7/21/08]*

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

            By: _____
                Harry A. Chernoff
                Assistant U.S. Attorney
                (212) 637-2481

cc: Faith A. Friedman, Esq. (by facsimile)