LAW OFFICES OF
## GERALD B. LEFCOURT, P.C.
A PROFESSIONAL CORPORATION
148 EAST 78TH STREET
NEW YORK, NEW YORK 10075

# MEMO ENDORSED

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

SHERYL E. REICH
reich@lefcourtlaw.com
RENATO C. STABILE
stabile@lefcourtlaw.com
FAITH A. FRIEDMAN
ffriedman@lefcourtlaw.com

TELEPHONE
(212) 737-0400
FACSIMILE
(212) 988-6192

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

August 13, 2008

### VIA FACSIMILE

The Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
AUG 1 3 2008
UNITED STATES DISTRICT JUDGE

*United States v. Ivy Woolf Turk*, 07 Cr 1062 (NRB)

Dear Judge Buchwald:

    We write as counsel to Ivy Woolf Turk, defendant in the above matter, to respectfully request that the conference currently scheduled for August 14, 2008 be adjourned for 30 days. The government has no objection to our application.

    As the Court is aware, the parties have been engaged in plea negotiations. This adjournment will allow both sides to further consider and discuss the terms of a resolution of this matter with an eye towards finalizing any agreement prior to our next conference date.

    Should the adjournment be granted, both sides agree that for Speedy Trial purposes the time until the adjourned conference should be excluded in order to permit the parties to fully consider the terms of the disposition of this matter and in the interest of justice.

    Thank you for your consideration.

Respectfully submitted,

Faith A. Friedman

cc: Harry Chernoff, Esq., Assistant United States Attorney (by e-mail)

*[Handwritten endorsement:]* Application granted. The conference is adjourned until September 15, 2008 at 3:30 p.m. So Ordered. Naomi Reice Buchwald, USDJ. August 14, 2008

TOTAL P.02