```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 5 2009
```

Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
### United States District Court

__Southern__ District of __New York__

United States of America
-vs-
Ivy Woolf Turk

Docket No.: 07 Cr. 1062

The Honorable Naomi Reice Buchwald
(District Court Judge)

Notice is hereby given that __Ivy Woolf Turk__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ X ] __and Sentence__
(specify)

entered in this action on _____ (date)

Offense occurred after November 1, 1987    Yes [ X ]   No [ ___ ]

This appeal concerns: Conviction only [ ___ ]   Sentence only [ ___ ]   Conviction and Sentence [ X ]

Date __11/25/09__
TO _____

(Counsel for Appellant)
Address: Gerald B. Lefcourt, P.C.
148 East 78th Street
New York, N.Y. 10075

Telephone Number: 212-737-0400

ADD ADDITIONAL PAGE (IF NECESSARY)

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ X ] I am ordering a transcript  *ALREADY ORDERED<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings<br>[ ___ ] Trial<br>[ ___ ] Sentencing<br>[ ___ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment [ ___ ] Funds [ X ]   CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE: _____   DATE 11/25/09

▶ COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

Original to U.S. District Court (Appeals Clerk).
Copy U.S. Attorney's Office.
Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV 8-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

- vs -

IVY WOOLF TURK,

               Defendant.

------------------------------------------------------------X

07 Cr. 1062 (NRB)

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that IVY WOOLF TURK, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment of conviction and sentence entered in this action on November 23, 2009.

November 25, 2009

               Yours, etc.,

               GERALD B. LEFCOURT, P.C.

               By: _____
                     Sheryl E. Reich (SER 7943)

               148 East 78th Street
               New York, N.Y. 10075
               (212) 737-0400
               (212) 988-6192
               Reich@lefcourtlaw.com
               *Attorneys for Ivy Woolf Turk*