**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 07/30/2015 |

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 23, 2015


RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JUL 24 2015
UNITED STATES COURT JUDGE

BY HAND
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007

    Re: **United States v. Ivy Woolf-Turk**
        07 Cr. 1062 (NRB)

Dear Judge Buchwald:

    The Government writes respectfully in connection with the Court's order of June 25, 1015 (ECF No. 64) (copy enclosed), granting the Government's motion to amend by adding one victim to the list of payees of the above-referenced defendant's restitution in accordance with a schedule that was filed under seal. Regrettably, the Government supplied the Court with an error in the additional payee's first name, which appears as the last payee on the amended schedule.

    The Government therefore encloses herein a corrected amended schedule (marked as Government Exhibit A) with the correct first name again appearing as the last of the payees on the schedule, and we respectfully request that the Court amend the schedule of payees accordingly and files this corrected schedule under seal.

*Application granted.*

*Buchwald, USDJ*
*7/30/15*

**MEMO ENDORSED**

Hon. Naomi Reice Buchwald          -2-                    July 23, 2015

    Because the same error was made in a separate but related prosecution of the defendant's co-conspirator, who shares the defendant's restitution obligation, the Government is making a similar application simultaneously to the Honorable P. Kevin Castel (copy enclosed).

                                            Respectfully submitted,

                                            PREET BHARARA
                                            United States Attorney

                               By:  _____
                                            Harry A. Chernoff
                                            Assistant U.S. Attorney
                                            (212) 637-2481

Encs.

cc: Hon. P. Kevin Castel (by hand)

    Mr. Courtney de Casseres (by email)
    Financial Deputy, Clerk's Office